No. 65478.—D. J. Ambrosio v. United States, protest 60/21398 (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 65479.—Aristocrat Clock Co. v. United States, protest 60/21588 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.

No. 65480.—World Wide Sports, Inc. v. United States, protest 60/20903 (New York).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protest was dismissed.

No. 65481.—J. J. Boll v. United States, protest 60/21793 (New York).

Opinion by LAWRENCE, J. An examination of the protest disclosing that it was untimely filed under section 514, Tariff Act of 1930 (19 U.S.C. § 1514), the protest was dismissed.

No. 65482.—W. J. Byrnes and Hans Ohrt et al. v. United States, protests 59/29440, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.